UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 18-23022-CIV-MARTINEZ-OTAZO-REYES

MOISES FRANCO and other similarly situated
individuals,
    Plaintiff,
vs.

LYFT FLORIDA, INC.,
    Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Joint Motion for Approval of FLSA Settlement and Incorporated Memorandum of Law (hereinafter, "Joint Motion") [ECF No. 9]. The parties have filed a copy of the settlement agreement (hereinafter, "Settlement Agreement") [ECF No. 9-1] for the Court to review. The Court has carefully considered the Joint Motion, the record, and applicable law.

It is well-settled that before a court can approve a compromised settlement, it must "scrutinize the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Here, the Settlement Agreement states that the parties have settled this matter for $3,500.00, from which $485.00 will be paid to Plaintiff for unpaid minimum wages, $485.00 will be paid to Plaintiff for liquidated damages, $530.00 to Plaintiff as "reimbursement for filing fees and service of process," and $2,000.00 to counsel for Plaintiff for attorney's fees. *See* Joint Motion, at 3; *see also* Settlement Agreement ¶ 1. Upon further review, Plaintiff alleges in his Complaint [ECF No. 1] that he is owed $567.00 for unpaid wages, totaling $1,134.00 for said unpaid wages and liquidated damages. In light of the foregoing, this Court finds that the Settlement Agreement represents a fair and reasonable resolution of a bona fide FLSA dispute.

**ORDERED and ADJUDGED** that

1. The parties' Joint Motion [ECF No. 9] is **GRANTED**.

3. The parties' Settlement Agreement is hereby **APPROVED.**

4. This action is **DISMISSED with prejudice**, with the Court to reserve jurisdiction to enforce the Settlement Agreement in accordance with its terms. Each party shall bear its own fees and costs, except as otherwise noted in the Settlement Agreement.

5. This case is **CLOSED**, and all pending motions are **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 13 day of August, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record